E filing

1  VINCENt ROSENBALM                        3/25/08

2  2100 NAPA VALLEJO HIGHWAY unit5              FILED

3  NAPA, CALIFORNiA 94558                    08 APR -2 PH 1:08

4  707-252-9949                              CLERK U.S. DISTRICT COURT
                                             NORTHERN DISTRICT OF CALIFORNIA

5       UNiTED StATES DiStRiCt COURt

6  NORtHERN DiStRict OF CALiFORNiA

7  UNiTED StAtES OF AMERiCA  } 42 U.S.C. 1983

8            V              } CiViL RiGHtS COMPLAiNT

9  ED FOULK            } EX PARtE MOtiON  SI

10 NAPA StAtE Hospital/CV) 08    1765

11     EX PARtE MOtiON iN SUPPORt OF SUMMARY JUDGMENT (PR)

12  I tHE UNDERSiGNED COMPLAiNANt StAtE tHE

13  FOLLOWiNG iS TRUE AND CORRECt to tHE BESt

14  OF MY KNOWLEDGE. ON OR ABOUt MARCH 17

15  2008 iN NAPA COUNtY iN tHE NORtHERN.

16  DiStRiCt OF CALiFORNiA DEFENDANt(S) DiD

17  iLLEGALLY REFUSE ME MAiL SERViCE.

18       tHiS WAS DONE iN ViOLAtiON OF

19  titLE 39 UNitED StAtE CODE(S) SECtiON

20  5206. I ASK tHE COURt FOR A SUMMARY

21  JUDGMENt OF $500 PER DAY EVERYDAY

22  I AM REFUSED MAiL SERViCE.

23                      Vincent Rosenbalm

24                         3/25/08

25

26

27

28