PROOF OF MAIL DELIVERY - 3/25/08

I am Vincent Rosenbalm and American citizen over 18 years of age

ON 3/25/08 I served the within

1) 42 USC 1983 EX PARTE MOTION

By placing a sealed envelope in the Napa State Hospital mail.

Addressed to

    US District Court
    450 Golden Gate Ave
    PO BOX 36060
    SAN FRANCISCO, CA 94102

From

    Vincent Rosenbalm
    2100 Napa Vallejo Hwy Unit 5
    Napa, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

    Vincent Rosenbalm
    3/25/08



Vincent Rosenthal
2100 Napa Vallejo Hwy cmbs
Napa, CA 94558

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES