E-filing

FILED
08 APR 18 PM 1:33

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
                    Plaintiff,           CASE NO. CV 08 1765 SI

        vs.                              PRISONER'S
ED FOULK                                 APPLICATION TO PROCEED (PR)
NAPA STATE HOSPITAL                      IN FORMA PAUPERIS
                    Defendant.

I, VINCENT ROSENBAUM, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Approx $20 week       Net: Approx $20 week

Employer: NAPA STATE HOSPITAL
2100 NAPA VALLEJO HIGHWAY NAPA, CA 94558

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

*Estimate*

1. If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____
_____
_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

| | | | |
|---|---|---|---|
| a. | Business, Profession or self employment | Yes ✓ | No ___ |
| b. | Income from stocks, bonds, or royalties? | Yes ___ | No ✓ |
| c. | Rent payments? | Yes ___ | No ✓ |
| d. | Pensions, annuities, or life insurance payments? | Yes ___ | No ✓ |
| e. | Federal or State welfare payments, Social Security or other government source? | Yes ✓ | No ___ |

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

12⁵⁰ welfare post a per mo.
3²⁵ Book Sale Author House Publishing

3. Are you married?         Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____  Net $_____

4.   a.   List amount you contribute to your spouse's support: $_____

| | |
|---|---|
| 1 | b. List the persons other than your spouse who are dependent upon you for |
| 2 | support and indicate how much you contribute toward their support. (NOTE: |
| 3 | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 | THEIR NAMES.). |
| 5 | JOR (17) |
| 6 | None at present |

7. 5. Do you own or are you buying a home? Yes ___ No ___
8. Estimated Market Value: $_____ Amount of Mortgage: $_____
9. 6. Do you own an automobile? (2) Yes ✓ No ___
10. Make SUBARU Year 92, 93 Model LEGACY
11. Is it financed? Yes ___ No ✓ If so, Total due: $ 0
12. Monthly Payment: $ 0
13. 7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14. Name(s) and address(es) of bank: _____
15. _____
16. Present balance(s): $ _____
17. Do you own any cash? Yes ✓ No ___ Amount: $ 20.00
18. Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19. market value.) Yes ✓ No ___
20. Personal Property Estimate $15,000
21. 8. What are your monthly expenses?
22. Rent: $ 0 Utilities: 0
23. Food: $ 0 Clothing: 0
24. Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 0 | $ 0 | $ 0 |
| 0 | $ 0 | $ 0 |
| 0 | $ 0 | $ 0 |

*Estimates*

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _Credit Card Debt     Approx $5-10,000.00_
4  _Student Loans       Approx $5-10,000.00_
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ___ No ___ NOT SURE ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____NOT SURE_____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  _4/14/08_                    _Vincent Rosenbalm_
17    DATE                        SIGNATURE OF APPLICANT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

Dear Sir or Madam:

Your complaint has been filed as civil case number _____ (PR)

✓ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

   ✓ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ✓ Other  No IFP APPLICATION

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 10/25/07

ROSENBALM



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680