UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.

VINCENT ROSENBALM,

    Plaintiff.

                                            /

No. C 08-1765 SI (pr)
No. C 08-1835 SI (pr)
No. C 08-1836 SI (pr)
No. C 08-2064 SI (pr)

**ORDER OF DISMISSAL**

On May 8, 2008, the court denied pauper status for plaintiff and ordered him to pay the full $350.00 filing fee for each of these four actions by June 2, 2008 or each action would be dismissed. That deadline has passed but plaintiff never paid the filing fee for any of the actions. For the foregoing reasons, each of these actions are dismissed because plaintiff failed to comply with the order to pay the filing fee. The application to proceed in forma pauperis filed on May 15, 2008 in Case No. C 08-2064 SI is DISMISSED because the court had already denied pauper status is that action. (Docket # 6.)

The clerk shall close the file for each of the four cases.

IT IS SO ORDERED.

Dated: June 23, 2008

                                                                      _____
                                                                      SUSAN ILLSTON
                                                               United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VINCENT ROSENBALM,

        Plaintiff,

v.

ED FOULK et al,

        Defendant.

Case Number: CV08-01765 SI *all related cases*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent Lee Rosenbalm #83912
Napa State Hospital
2100 Napa Vallejo Highway
Napa, CA 94558

Dated: June 24, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk