UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re.<br><br>VINCENT ROSENBALM,<br><br>Plaintiff. | No. C 08-1765 SI (pr)<br>No. C 08-1835 SI (pr)<br>No. C 08-1836 SI (pr)<br>No. C 08-2064 SI (pr)<br><br>**JUDGMENT** |

Each of these actions is dismissed without prejudice to plaintiff asserting his claims in an action for which he pays the full filing fee at the time he files his complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 23, 2008

_____
SUSAN ILLSTON
United States District Judge