1  VINCENT ROSENBAUM                    6/30/08
2  2100 NAPA VALLEJO HIGHWAY            FILED
3  NAPA, CALIFORNIA 94558               JUL 02 2008
4      UNITED STATES DISTRICT           RICHARD W. WIEKING
                                        CLERK U.S. DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA
5  NORTHERN DISTRICT OF CALIFORNIA
6  IN RE                  ) NOTICE OF APPEAL
7  VINCENT ROSENBAUM      ) or certificate of
8       Plaintiff         ) APPEALABILITY
9                         ) NO: C08-1765 SI (pr)
10                        ) NO: C08-1835 SI (pr)
11                        ) NO: C08-1836 SI (pr)
12                        ) NO: C08-2064 SI (pr)
13 I hereby give notice I appeal
14 the above cases to the U.S. COURT
15 OF APPEALS FOR THE NINTH CIRCUIT
16 FROM THE U.S. DISTRICT COURT JUDGment
17 ON OR ABOUT JUNE 23, 2008 by JUDGE
18 ILLSTON. I BELIEVE A CONFLICT OF INTER-
19 EST EXISTS BETWEEN JUDGE ILLSTON
20 FOR ANY OF MY CASES IN BOTH
21 THE U.S. DISTRICT COURT AND COURT
22 OF APPEALS DUE TO JUDICIAL
23 MISCONDUCT. UNDER THE PENALTY
24 OF PERJURY THIS IS TRUE AND
25 CORRECT TO THE BEST OF MY KNOWLEDGE.
26                         Vincent Rosenbalm
27                         6/30/08
28

1  VINCENT ROSENBALM                    6/30/08
2  2100 NAPA VALLEJO HIGHWAY
3  NAPA, CALIFORNIA 94558
4       U.S. DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6  DECLARATION IN SUPPORT OF APPEAL
7  1) ONE OF THE REASONS FOR NOT
8  PAYING THE FEES IS I APPLIED
9  UNDER 28 U.S.C 1915(G) DUE
10 TO AN ATTACK ON OR ABOUT 5/3/07
11 THAT NEARLY KILLED ME, After
12 I WAS Beaten Near Death, I Fear
13 FOR MY LIFE DUE TO THIS
14 ATTACK. UNDER 28 U.S.C 1915(G)
15 I SHOULD BE ELIGIBLE FOR
16 A WAIVER OF FEES.
17 2) POLICE OFFICER (STARK) stole about
18 $5600 CASH/CHECKS AT ARREST AND
19 REFUSES TO RETURN THEM.
20 3) A CONFLICT OF INTEREST EXISTS
21 between JUDGE ILLSTON AND ME
22 OVER A JUDICIAL MISCONDUCT INVESTIGATION.
23 UNDER THE PENALTY OF perjury
24 THIS IS true AND CORRECT
25 TO THE BEST OF MY Knowledge.
26                    Vincent Rosenbalm

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re.<br><br>VINCENT ROSENBALM,<br><br>Plaintiff. | No. C 08-1765 SI (pr)<br>No. C 08-1835 SI (pr)<br>No. C 08-1836 SI (pr)<br>No. C 08-2064 SI (pr)<br><br>**JUDGMENT** |

Each of these actions is dismissed without prejudice to plaintiff asserting his claims in an action for which he pays the full filing fee at the time he files his complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 22, 2008

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.

VINCENT ROSENBALM,

    Plaintiff.

No. C 08-1765 SI (pr)
No. C 08-1835 SI (pr)
No. C 08-1836 SI (pr)
No. C 08-2064 SI (pr)

**ORDER OF DISMISSAL**

On May 8, 2008, the court denied pauper status for plaintiff and ordered him to pay the full $350.00 filing fee for each of these four actions by June 2, 2008 or each action would be dismissed. That deadline has passed but plaintiff never paid the filing fee for any of the actions. For the foregoing reasons, each of these actions are dismissed because plaintiff failed to comply with the order to pay the filing fee. The application to proceed in forma pauperis filed on May 15, 2008 in Case No. C 08-2064 SI is DISMISSED because the court had already denied pauper status is that action. (Docket # 6.)

The clerk shall close the file for each of the four cases.

IT IS SO ORDERED.

Dated: June 23, 2008

                                SUSAN ILLSTON
                                United States District Judge

1  PROOF OF SERVICE        6/30/08
2  I am Vincent Rosenbalm an
3  American citizen over 18 years
4  of age.
5  On 6/30/08 I served the within
6  1) DECLARATION
7  2) NOTICE OF APPEAL
8  3) JUDGMENT PAPERS
9  By placing a copy in the
10 Napa State Hospital mail
11 Addressed to
12    COURT CLERK
13    U.S. DISTRICT COURT
14    450 GOLDEN GATE AVE
15    SAN FRANCISCO, CA 94102
16 From
17    Vincent Rosenbalm
18    2100 Napa Vallejo Highway
19    Napa, CA 94558
20
21 Under the Penalty of Perjury
22 This is true and correct to
23 the best of my knowledge.
24        Vincent
25        Rosenbalm

Vincent Rosenbalm D5
2100 Napa Vallejo Highway
Napa, CA 94558

Legal Mail

Court Clerk
U.S. District Court
450 Golden Gate Ave
SAN FRANCISCO, CA 94102

