**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 2, 2008

Vincent Rosenbalm
#83912
Napa State Hospital
2100 Napa Vallejo Highway
Napa, CA 94558

SUBJECT:     Request for Payment of Docket Fee

**Title: In re VINCENT ROSENBALM**
**Case Number:     CV 08-01765 SI**
**Court of Appeals Number:**

A notice of appeal was filed with this Court on July 2, 2008 and the docketing fee of $455.00 has not been received.  Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

/s/

by:  Yumiko Saito
**Case Systems Administrator**

**cc: U.S. Court of Appeals**