Case 3:08-cv-01765-SI  Document 13  Filed 07/14/2008  Page 1 of 3

**RECEIVED**

JUL 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 2, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 08-01765 SI**

**CASE TITLE: In re VINCENT ROSENBALM**

USCA Case Number:

08-16569

Dear Sir/Madam:

Enclosed is the NOTICE OF APPEAL in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk
/s/

by: Yumiko Saito
Case Systems Administrator

cc: Counsel of Record

```
                                                                    FILED
              UNITED STATES COURT OF APPEALS

                    FOR THE NINTH CIRCUIT                         JUL 10 2008

                                                            MOLLY C. DWYER, CLERK OF COURT
                                                               U.S. COURT OF APPEALS
```

| | |
|---|---|
| VINCENT LEE ROSENBALM,<br><br>            Plaintiff - Appellant,<br><br> v.<br><br>ED FOULK,<br><br>            Defendant - Appellee. | No. 08-16569<br>D.C. No. 3:08-cv-01765-SI<br>Northern District of California,<br>San Francisco<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

**Tue., August 19, 2008**    Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

                                          FOR THE COURT:

                                          Molly C. Dwyer<br>
                                          Clerk of Court

                                          Gerald Rosen

Deputy Clerk